# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Bonnie F. Gray aka Bonnie F. Barfield<br>　　　　　　Debtor | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>　　　　　　Movant<br>vs. | NO. 15-15167 MDC |
| Bonnie F. Gray aka Bonnie F. Barfield<br>　　　　　　Debtor | 11 U.S.C. Sections 362 and 1301 |
| Clinton Gray<br>　　　　　　Co-Debtor | |
| William C. Miller, Esq.<br>　　　　　　Trustee | |

## ORDER

AND NOW, this 13th day of February, 2018, upon failure of Debtor, Co-Debtor, and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 1510 Stanbridge Street, Norristown, PA 19401 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. _In rem relief only_. ~~Furthermore, the automatic stay, having been so modified, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action to enforce or establish its right to possession of the Property.~~

_Magdeline D. C_____
United States Bankruptcy Judge

Bonnie F. Gray aka Bonnie F. Barfield
1510 Stanbridge Street
Norristown, PA 19401

Clinton Gray
1510 Stanbridge Street
Norristown, PA 19401

David B. Spitofsky, Esq.
516 Swede Street
Norristown, PA 19401

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532