United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-15167-mdc
Bonnie F. Gray                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: John              Page 1 of 1           Date Rcvd: Feb 14, 2018
                            Form ID: pdf900         Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2018.
db             +Bonnie F. Gray,    1510 Stanbridge Street,   Norristown, PA 19401-5312
cr             +Credit Acceptance Corporation,    25505 West Twelve Mile Rd,   PO Box 513,
                 Southfield, MI 48037-0513
cr             +Pennsylvania Housing Finance Agency,    c/o Leon P. Haller, Esq.,    1719 North Front Street,
                 Harrisburg, PA 17102-2305
13593752       +U.S. BANK NATIONAL ASSOCIATION, ET Al,    c/o ANDREW F GORNALL,   KML Law Group, P.C.,
                 701 Market Street,    Suite 5000,   Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Feb 15 2018 01:57:16     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 15 2018 01:57:00
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 15 2018 01:57:15     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2018 02:00:47     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13566889        E-mail/Text: blegal@phfa.org Feb 15 2018 01:57:10     PA Housing Finance Agency,
                 211 North Front Street,   P.O. Box 15530,   Harrisburg, PA 17105-5530
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DAVID B. SPITOFSKY    on behalf of Debtor Bonnie F. Gray spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET Al...
               KMcDonald@blankrome.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET Al... lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET Al...
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Bonnie F. Gray aka Bonnie F. Barfield<br>Debtor | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>Movant<br>vs. | NO. 15-15167 MDC |
| Bonnie F. Gray aka Bonnie F. Barfield<br>Debtor | 11 U.S.C. Sections 362 and 1301 |
| Clinton Gray<br>Co-Debtor | |
| William C. Miller, Esq.<br>Trustee | |

## ORDER

AND NOW, this 13th day of February, ~~2017~~ 2018, upon failure of Debtor, Co-Debtor, and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 1510 Stanbridge Street, Norristown, PA 19401 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. In rem relief only. ~~Furthermore, the automatic stay, having been so modified, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action to enforce or establish its right to possession of the Property.~~

_____
United States Bankruptcy Judge

Bonnie F. Gray aka Bonnie F. Barfield
1510 Stanbridge Street
Norristown, PA 19401

Clinton Gray
1510 Stanbridge Street
Norristown, PA 19401

David B. Spitofsky, Esq.
516 Swede Street
Norristown, PA 19401

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532