# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 15-15167-MDC

BONNIE F. GRAY

1510 STANBRIDGE STREET

NORRISTOWN, PA 19401-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    BONNIE F. GRAY

    1510 STANBRIDGE STREET

    NORRISTOWN, PA 19401-

Counsel for debtor(s), by electronic notice only.

    DAVID B. SPITOFSKY ESQUIRE
    LAW OFFICES OF DAVID SPITOFSKY
    516 SWEDE ST
    NORRISTOWN, PA 19401-

Date: 6/26/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee