United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-15167-mdc
Bonnie F. Gray                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia              Page 1 of 3              Date Rcvd: Aug 17, 2018
                             Form ID: pdf900             Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2018.
```
db              #+Bonnie F. Gray,    1510 Stanbridge Street,    Norristown, PA 19401-5312
cr               +Credit Acceptance Corporation,    25505 West Twelve Mile Rd,    PO Box 513,
                   Southfield, MI 48037-0513
cr               +Pennsylvania Housing Finance Agency,    c/o Leon P. Haller, Esq.,    1719 North Front Street,
                   Harrisburg, PA 17102-2305
13566865         +A.R.M. Solutions,    P.O. Box 2929,   Camarillo, CA 93011-2929
13566867         +AMCOL Systems, Inc.,    111 Lancewood Road,    Columbia, SC 29210-7523
13566870         +AR Resources, Inc.,    P.O. Box 1056,   Blue Bell, PA 19422-0287
13566866         +Abington Reproductive Medicine,    1245 Highland Avenue,    Suite 406,   Abington, PA 19001-3725
13566869         +Aqua Finance,    1 Corporate Cove,   Suite 300,    Wausau, WI 54401-1724
13566872         +Associated Credit Services,    115 Flanders Road, Ste. 140,    P.O. Box 5171,
                   Westborough, MA 01581-5171
13566874         +Children's Hosp. of Phila,    P.O. Box 7780-1192,    Philadelphia, PA 19182-0001
13566876          Comcast Cable,    P.O. Box 3002,   Southeastern, PA 19398-3002
13567456         +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13566878          Credit Acceptance Corp.,    P.O. Box 5070,    Southfield, MI 48086-5070
13566862         +David B. Spitofsky, Esquire,    Law Office of David B. Spitofsky,    516 Swede Street,
                   Norristown, PA 19401-4807
13566881          Deer Park Direct,    P.O. Box 856192,   Louisville, KY 40285-6192
13566882         +First American Home Buyers Protection Co,    Box 22784,    Pasadena, CA 91185-0001
13566883         +Mobiloans,    P.O. Box 1409,   Marksville, LA 71351-1409
13566884         +Montgomery County Community College,    340 Dekalb Pike,    Blue Bell, PA 19422-1400
13566885          Montgomery Hospital Med. Ctr.,    P.O. Box 827778,    Philadelphia, PA 19182-7778
13596434          Navient Solutions Inc. on behalf of USAF,    Attn: Bankruptcy Litigation Unit E3149,
                   P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
13566887         +Norristown Mun. Waste Auth.,    235 E. Airy Street,    2nd Floor,   Norristown, PA 19401-5003
13566890          Patient First,    P.O. Box 758941,   Baltimore, MD 21275-8941
13566891          Penn Medicine,    P.O. Box 824406,   Philadelphia, PA 19182-4406
13566892         +People's Commerce, Inc.,    1001 West Ridge Pike,    Conshohocken, PA 19428-1015
13609799        #+Porania LLC,    P. O. Box 11405,   Memphis, TN 38111-0405
13566893          Quest Diagnostics,    P.O. Box 41652,   Philadelphia, PA 19101-1652
13566895         +Reproductive Associates of Delaware,    4735 Ogletown-Stanton Road,    Suite 3217,
                   Newark, DE 19713-2094
13566896          TD Bank USA/Target,    P.O. Box 673,   Minneapolis, MN 55440-0673
13566898         +Trumark Financial Credit Union,    1000 Northbrook drive,    Trevose, PA 19053-8430
13593752         +U.S. BANK NATIONAL ASSOCIATION, ET Al,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,
                   701 Market Street,    Suite 5000,   Philadelphia, PA 19106-1541
14126380          United Student Aid Funds, Inc (USAF),    PO Box 8961,   Madison WI 53708-8961
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Aug 18 2018 02:17:04     City of Philadelphia,
                   City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept.,    1515 Arch Street 15th Floor,
                   Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 18 2018 02:16:18
                   Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 18 2018 02:17:02     U.S. Attorney Office,
                   c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2018 02:22:03     Synchrony Bank,
                   c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                   Miami, FL  33131-1605
13566868         E-mail/Text: bkrpt@retrievalmasters.com Aug 18 2018 02:16:45     American Medical Collections,
                   2269 Saw Mill Drive,    Elmsford, NY 10523-3832
13625092        +E-mail/Text: BankruptcyNotices@aafes.com Aug 18 2018 02:16:09
                   Army & Air Force Exchange Services,    c/o Bass & Associates, P.C.,
                   3936 E. Ft. Lowell Suite 200,    Tucson, AZ 85712-1083
13566871         E-mail/Text: BankruptcyNotices@aafes.com Aug 18 2018 02:16:09     Army/Air Force Exchange,
                   P.O. Box 650410,    Dallas, TX 75265-0410
13596007         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 18 2018 02:22:29
                   Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
13566873         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 18 2018 02:22:29
                   Capital One Bank USA, N.A.,    P.O. Box 30281,   Salt Lake City, UT 84130-0281
13566877         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 18 2018 02:16:14     Comenity Bank/Dress Barn,
                   P.O. Box 182789,    Columbus, OH 43218-2789
13566879        +E-mail/PDF: creditonebknotifications@resurgent.com Aug 18 2018 02:22:07     Credit One Bank,
                   P.O. Box 98872,    Las Vegas, NV 89193-8872
13566864        +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 18 2018 02:16:45     Frederic J. Baker, Esquire,
                   Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
13648250         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 18 2018 02:22:07
                   LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13566886        +E-mail/PDF: pa_dc_claims@navient.com Aug 18 2018 02:22:31     Navient,    P.O. Box 9500,
                   Wilkes Barre, PA 18773-9500
```

```
District/off: 0313-2          User: Virginia             Page 2 of 3                   Date Rcvd: Aug 17, 2018
                              Form ID: pdf900            Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13611186         E-mail/PDF: pa_dc_claims@navient.com Aug 18 2018 02:22:06      Navient Solutions Inc.,
                  Po Box9640,    Wilkes-Barre, PA 18773-9640
13566889         E-mail/Text: blegal@phfa.org Aug 18 2018 02:16:47      PA Housing Finance Agency,
                  211 North Front Street,    P.O. Box 15530,   Harrisburg, PA 17105-5530
13613731         E-mail/Text: bnc-quantum@quantum3group.com Aug 18 2018 02:16:15
                  Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
13603338         E-mail/Text: bnc-quantum@quantum3group.com Aug 18 2018 02:16:15
                  Quantum3 Group LLC as agent for,    Aqua Finance Inc,   PO Box 788,    Kirkland, WA  98083-0788
13566894        +E-mail/Text: colleen.atkinson@rmscollect.com Aug 18 2018 02:17:41
                  Receivables Management Systems,    P.O. Box 8630,    Richmond, VA 23226-0630
13574295         E-mail/PDF: rmscedi@recoverycorp.com Aug 18 2018 02:22:31
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13622609        +E-mail/Text: bncmail@w-legal.com Aug 18 2018 02:16:53      TD BANK USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13566897        +E-mail/Text: bankruptcydepartment@tsico.com Aug 18 2018 02:17:34      Transworld Systems, Inc.,
                  507 Prudential Road,    Horsham, PA 19044-2308
13566899        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 18 2018 02:16:05
                  Verizon,   P.O. Box 28002,    Lehigh Valley, PA 18002-8002
                                                                                              TOTAL: 23


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13566875         Clinton Gray,    Unknown
13566863*       +Bonnie F. Gray,    1510 Stanbridge Street,    Norristown, PA 19401-5312
13566880        ##Debt Recovery Solutions,    P.O. Box 9001,    Westbury, NY 11590-9001
13566888       ##+Norsco Federal Credit Union,    1001 Sterigere Street,    Norristown, PA 19401-5300
                                                                                               TOTALS: 1, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2018 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DAVID B. SPITOFSKY    on behalf of Debtor Bonnie F. Gray spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET Al...
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET Al... lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET Al...
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
```

```
District/off: 0313-2          User: Virginia             Page 3 of 3              Date Rcvd: Aug 17, 2018
                              Form ID: pdf900            Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                TOTAL: 10

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BONNIE F. GRAY                                    Chapter 13

                        Debtor              Bankruptcy No. 15-15167-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___16th___ day of ___August___, 201 8, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-

Debtor:
BONNIE F. GRAY

1510 STANBRIDGE STREET

NORRISTOWN, PA 19401-